———————

No. 95-3641

———————

Melchizedek L. Shabazz,                    *
                                           *
          Appellant,                       *
                                           *
     v.                                    *    Appeal from the United States
                                           *    District Court for the
Jerry Crane, Sheriff; David                *    Western District of Arkansas.
Peters, Deputy Sheriff; Richard            *
Thomas, Chief of Police; James             *        [UNPUBLISHED]
Purtle, Lieutenant,                        *
                                           *
          Appellees.                       *

———————

Submitted:  June 12, 1996

Filed:  June 24, 1996

———————

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.

———————

PER CURIAM.


     Melchizedek L. Shabazz appeals from the final judgment entered in the district court[1] following a bench trial in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' briefs, we conclude that no error of law appears and that the district court did not abuse its discretion by awarding Shabazz compensatory damages in the amount of $1,000.  See Stevens v. McHan, 3 F.3d 1204, 1207 (8th Cir. 1993) (standard of review).  Accordingly, the district court's judgment is affirmed.  See 8th Cir. R. 47B.

———————

     [1]The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.